# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  6:20-CR-00048-08 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| RANDALL TYLER (08) | MAGISTRATE JUDGE DAVID J. AYO |

## MINUTES OF COURT:
### SENTENCING

| Date: | May 31, 2023 | Presiding: Judge S. Maurice Hicks, Jr. | |
|---|---|---|---|
| Court Opened: | 2:55 PM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 3:50 PM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 31 Minutes | Courtroom: | Courtroom 4 |
| | | Probation Officer: | Justin Opdenhoff |

### APPEARANCES

| | | | |
|---|---|---|---|
| Daniel J Vermaelen (AUSA) | For | United States of America | |
| Danielle Cyriaque Claiborne (CJA) | For | Randall Tyler (08), Defendant | |
| Randall Tyler (08) | | Defendant (In Custody) | |

### PROCEEDINGS

Counsel met in chambers prior to court.

Case called for sentencing.

The Court adopts the factual findings of the Probation Office as contained in the Presentence report and its addendum.

**COUNT 13ss of the Indictment**:
Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, RAND ALL TYLER, is hereby committed to the custody of the Bureau of Prisons for a term of **162 months**.  The Federal Bureau of Prisons will determine any credit Defendant should receive for time spent in federal custody.

Upon release from imprisonment, defendant shall be placed on supervised release for a term of **five (5)** years.  Within 72 hours of his release from custody, defendant shall report to the United States Probation Office in the district to which he is released.

While on supervised release, defendant is ordered to abide by the standard and mandatory conditions, and the following special conditions:

1. Because the presentence report and/or other sentencing information indicates a high risk of future substance abuse, defendant shall participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program.  Defendant

Page 2
May 31, 2023

shall submit to drug testing as directed by the treatment facility and probation officer during the term of supervision. Defendant shall contribute to the cost of the treatment program if financially able.

No fine nor community restitution is ordered in this matter due to the defendant's lack of financial resources.

Defendant is ordered to pay $100.00 to the Crime Victim Fund, payable immediately to the United States Clerk of Court.

Defendant is hereby remanded to the custody of the U.S. Marshal Service for service of sentence.

Defendant is notified of his right to appeal. If a Notice of Appeal is filed under 18 U.S.C. §3742, the Clerk is directed to transmit the presentence report under seal, to the Court of Appeals. If defendant wishes to appeal, Ms. Claibome should file the Notice of Appeal on your behalf.  However, if Ms. Claiborne does not provide representation after filing the Notice of Appeal, she should formally withdraw, and the Federal Public Defender's Office will appoint another attorney to represent you concerning the appeal.

Defendant noted his objection to the sentence.

**MOTION:**
ORAL Motion by the Government to Dismiss Counts 1ss and 19ss.
The Court **GRANTED** the motion.

**FILINGS:**
Exhibit List