## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 6:20-CR-00048-008 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| RANDALL TYLER | MAGISTRATE JUDGE AYO |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEAL

Notice is hereby given, pursuant to the Federal Rules of Appellate Procedure and/or 28 USC § 1291, RANDALL TYLER, Defendant, appeals his conviction and sentence to the United States Court of Appeals for the Fifth Circuit. The final Judgment was filed by this Honorable Court on June 5, 2023.

Respectfully Submitted By:

*S/Danielle C. Claiborne*
Danielle C. Claiborne, Bar Roll #33525
Attorney for Randall Tyler
626 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-3939
Facsimile: (337) 439-4504
Email: dani@delphinlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Appeal has been served on Mr. Daniel J. Vermaelen, Assistant United States Attorney, via notice of electronic filing, using the CM/ECF system.

Lake Charles, Louisiana, this 5th day of June, 2023.

*S/Danielle C. Claiborne*
Danielle C. Claiborne